FILED
MAY 25 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:05CR136-A |
| ) | [18 USC 922(g)(1); |
| ROBERT ANTHONY MARTIN   ) | 21 USC 844(a)] |
| ) | |
| ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about February 15, 2005, in Lee County, within the Middle District of Alabama,

ROBERT ANTHONY MARTIN,

defendant herein, having been convicted on or about April 20, 2004, of a felony, a crime punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

Unlawful Distribution of a Controlled Substance (CC 04-52), in the Circuit Court of Russell County, Alabama;

did knowingly possess in and affecting commerce a firearm, to-wit: a Colt Model Police Positive, .38 caliber revolver, serial number 389568, all in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about February 15, 2005, in Lee County, within the Middle District of Alabama,

ROBERT ANTHONY MARTIN,

defendant herein, did intentionally and knowingly possess methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A.  Count 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Colt Model Police Positive .38 Caliber Revolver, Serial Number 389568.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

   (1)  cannot be located upon the exercise of due diligence;

   (2)  has been transferred, sold to, or deposited with a third person;

   (3)  has been placed beyond the jurisdiction of the court;

   (4)  has been substantially diminished in value; or,

   (5)  has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney