AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

ROBERT ANTHONY MARTIN
88 Womack Road, Lot 5
Phenix City, Alabama 36870

**WARRANT FOR ARREST**

Case Number: 3:05-cr-00136-A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT ANTHONY MARTIN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court  ☐ Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATION OF GUN CONTROL ACT;
POSSESSION OF METHAMPHETAMINE

in violation of __18__ United States Code, Section(s) __922(g)(1); 21 USC 844(a)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U. S. DISTRICT COURT, MIDDLE AL__
Title of Issuing Officer

By: _[signature]_ DEPUTY CLERK
Signature of Issuing Officer

May 26, 2005, Montgomery, Alabama
Date and Location

Bail fixed at __Initial Appearance__ by __United States Magistrate Judge__
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |