```
           IN THE DISTRICT COURT OF THE UNITED STATES
              FOR THE MIDDLE DISTRICT OF ALABAMA
                         EASTERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
    v.                       )    CR. NO.    3:05-cr-136-A
                            )
ROBERT ANTHONY MARTIN       )

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

This case is eligible for a detention order because this case involves:

\_\_\_\_\_    Crime of violence (18 U.S.C. 3156)

\_\_\_\_\_    Maximum sentence of life imprisonment or death

\_\_\_\_\_    10 + year drug offense

\_\_\_\_\_    Felony, with two prior convictions in the above categories

\_\_X\_\_    Serious risk the defendant will flee

\_\_\_\_\_    Serious risk of obstruction of justice

2.  Reason For Detention

The Court should detain defendant because there are no conditions of release which will reasonably assure:

__X___   Defendant's appearance as required

_____   Safety of any other person and the community

3.  <u>Reason For Detention</u>

3.  <u>Rebuttable Presumption</u>

The United States will not invoke the rebuttable presumption against defendant under Section 3142(e).

4.  <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

_____   At the initial appearance

___X__   After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this 3rd day of June, 2005.

                            LEURA GARRETT CANARY
                            United States Attorney

                            /s/ Verne H. Speirs
                            VERNE H. SPEIRS
                            Assistant United States Attorney
                            Post Office Box 197
                            Montgomery, Alabama 36101-0197
                            334.223.7280
                            334.223.7135 fax
                            verne.speirs@usdoj.gov