**COURTROOM DEPUTY'S MINUTES**
**MIDDLE DISTRICT OF ALABAMA**

☑ **INITIAL APPEARANCE**    DATE: 6-3-2005
☐ **BOND HEARING**
☐ **DETENTION HEARING**    Digital Recording 5:29 to 5:34 pm
☐ **PRELIMINARY (EXAMINATION) (HEARING)**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**

PRESIDING MAG. JUDGE: DRB    DEPUTY CLERK: sql
CASE NO. 3:05CR136-A    DEFT. NAME: Robert Anthony MARTIN
AUSA: Speirs    DEFT. ATTY: Puzoni
        Type Counsel: ( )Retained; ( ) Panel CJA; ( ) Waived; (Ⓧ) CDO
PTSO: Martin    Appt
USPO:

Defendant ___ does ✓ does NOT need an interpreter
Interpreter present ✓ NO ___ YES  Name: _____

---

☑ Date of Arrest 6-2-05 or ☐ Arrest Rule 40
☑ Deft. First Appearance. Advised of rights/charges. ☐Prob/Sup Rel Violator
☑ Deft. First Appearance with Counsel
☐ Deft. First Appearance without Counsel
☐ Requests appointed Counsel
☑ Financial Affidavit executed ☐ to be obtained by PTSO
☐ ORDER appointing Community Defender Organization
☐ Panel Attorney Appointed; ☐to be appointed - prepare voucher
☐ Deft. Advises he will retain counsel. Has retained _____
☑ ☐Government's ORAL Motion for Detention Hearing ☐ to be followed by written motion;
   ☑ Government's WRITTEN motion for Detention Hearing filed
☑ Detention Hearing ☐held; ☑ set for 6-8-05 at 11:30 am
☐ ORDER OF TEMPORARY DETENTION PENDING HEARING entered
☐ ORDER OF DETENTION PENDING TRIAL entered
☐ Release order entered. Deft advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $ _____. Deft released
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
☑ Bond not executed. Deft to remain in Marshal's custody
☐ Deft. ORDERED REMOVED to originating district
☐ Waiver of ☐preliminary hearing; ☐ Waiver of Rule 40 Hearing
☐ Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury.
☐ ARRAIGNMENT ☐ HELD. Plea of NOT GUILTY entered. ☐Set for _____
    DISCOVERY DISCLOSURE DATE: _____
☐ NOTICE to retained Criminal Defense Attorney handed to counsel
☐ Identity/Removal Hearing set for _____
☐ Waiver of Speedy Trial Act Rights executed