IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 3:05CR136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __Robert Martin__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL AND REQUESTS SETTING ON AUG. 29, 2005.

__6/8/05__  __Robert Martin__
DATE          DEFENDANT

__6/8/05__  __[signature]__
DATE          ATTORNEY FOR DEFENDANT