COURTROOM DEPUTY'S MINUTES     DATE: 6/8/2005 @ _____ to _____

MIDDLE DISTRICT OF ALABAMA     COURT REPORTER: _____

TAPE NO: _____ @ _1:35_ to _1:40_ pm

☑ **ARRAIGNMENT**   ❑ **CHANGE OF PLEA**   ❑ **CONSENT PLEA**
     ❑ **RULE 44(c) HEARING**   ❑ **SENTENCING**

PRESIDING MAG. JUDGE: _**Delores R. Boyd**_    DEPUTY CLERK: _**S. Q. Long, Jr.**_

CASE NUMBER: _3:05CR136-A_    DEFENDANT NAME: Robert Anthony MARTIN

USA: _____Speirs_____    DEFENDANT ATTY: _Hart_

PTSO: _____   Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO

     ( ) appointed at arraignment; ( ) standing in for: _____

DISPO: _____

Defendant _____ does __✓__ does NOT need an interpreter.

Interpreter present? __✓__ NO _____ YES Name: _____

L.O.C. DATE _____; PRETRIAL CONF. DATE: _____

DISCOVERY DISCLOSURE DATE: _6 - 8 - 05_

❑ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

     PLEA: ☑ Not Guilty        ❑ Nol Contendere

       ❑ Not Guilty by reason of insanity

       ❑ Guilty as to:

           ❑ Count(s) _____

           ❑ Count(s) _____

              ❑ dismissed on oral motion of USA;

                ❑ to be dismissed at sentencing

❑ Written plea agreement filed. ❑ **ORDERED SEALED.**

_____ Days to file pretrial motions.

_____ Trial date or term.

**ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:

       ❑ Trial on _____; ❑ Sentencing on _____

**ORDER:** Defendant remanded to custody of U. S. Marshal for:

       ❑ Posting a $ _____ bond;

       ☑ Trial on _____; or ❑ Sentencing on _____

Rule 44 Hearing: ❑ Waiver of Conflict of Interest Form executed.

       ❑ Defendant requests time to secure new counsel.