IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

**ORDER ON MOTION**

At the scheduled detention hearing on June 8, 2005, the defendant, upon advice of counsel, withdrew his opposition to federal detention without prejudice to renew his opposition after the resolution of a probation violation requiring his detention in state custody. Accordingly, it is

**ORDERED** that the scheduled detention hearing is cancelled and the United States' non-contested *Motion for Detention* (Doc. 4), is **GRANTED**. The defendant shall be held in custody by the United States Marshal and produced for further proceedings.

Done this 9th day of June, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE