IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:05-CR-0136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

**NOTICE OF APPEARANCE**

    Marion D. Chartoff hereby gives notice of her appearance as court-appointed counsel for the defendant in this matter.

    Respectfully submitted, this the 30th day of June, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

## CERTIFICATE OF SERVICE

  I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

             Respectfully submitted,

             /s/ Marion Chartoff
             MARION CHARTOFF (CHA074)
             Law Office of Marion Chartoff
             505 S. Perry Street
             Montgomery, AL 36104
             (334) 264-0609
             Fax: (334) 263-4766
             mchartoff@bellsouth.net