IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

**MOTION TO CONTINUE DEADLINE FOR FILING PRE-TRIAL MOTIONS**

COMES NOW the defendant, Robert Anthony Martin, by and through counsel, and respectfully moves the Court to continue the June 30, 2005 deadline for filing pre-trial motions in the above-captioned cause. As grounds, the defendant states:

1. The defendant initially was represented by Jennifer Hart of the Federal Defender Program.

2. Ms. Hart recently learned that her office has a conflict of interest that prevents her from continuing to represent Mr. Martin. As a result, undersigned counsel was contacted yesterday and asked to accept appointment as counsel for Mr. Martin.

3. Upon reviewing the Federal Defender's file today, undersigned counsel learned that today, June 30, 2005, is the deadline for submitting pre-trial motions. See Order on Arraignment (June 6, 2005), at 2.

4. Undersigned counsel has not yet had an opportunity to interview the defendant, review all of the discovery, conduct legal research, investigate the facts of the case and the background and circumstances of the defendant, or take any other steps necessary to determine which pre-trial motions should be filed.

5.	A continuance of the deadline for filing pre-trial motions is necessary to protect the defendant's rights to due process and a fair trial, and to effective assistance of counsel, which are guaranteed by the Fifth and Sixth Amendments to the United States Constitution.

WHEREFORE, based upon the above-stated grounds, the defendant respectfully requests a continuance of the June 30, 2005, deadline for filing pre-trial motions in this matter, and requests that the deadline be reset for approximately one month from today.

Respectfully submitted, this the 30th day of June, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

### CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

      Respectfully submitted,

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net