IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                                 )
v.                              )    3:05-CR-0136-A
                                 )
ROBERT ANTHONY MARTIN      )

## NOTICE OF LEAVE OF ABSENCE

COMES NOW, Marion D. Chartoff, counsel for the defendant, and respectfully notifies

the Court and opposing counsel that she will be out of the state and unable to work on this case

from July 17, 2005 through July 30, 2005.  For those two weeks, counsel will be attending the

National Criminal Defense College in Macon, Georgia, an intensive training program.  Counsel

respectfully requests that no hearings be held or deadlines set during that time period.

Respectfully submitted, this the 30th day of June, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

Respectfully submitted,

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net