IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No.: 3:05-cr-136-A |
| ) | |
| **ROBERT ANTHONY MARTIN** ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Jennifer A. Hart, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant Robert Anthony Martin. In support of this Motion, counsel states the following:

1. On June 3, 2005, the Federal Defender Office was appointed to represent Robert Anthony Martin with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Jennifer A. Hart.

2. During review of the discovery undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Martin. This matter has been discussed with Mr. Martin and he understands the ramifications of the conflict and agrees that undersigned counsel cannot continue to represent him. Undersigned counsel will provide additional information under seal if the Court so requests.

Undersigned counsel requests that on behalf of Mr. Martin CJA panel attorney Marion Chartoff be appointed to represent him in all further proceedings in this case. Mr. Martin will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Martin and that Marion Chartoff be appointed

to represent him.

    Dated this 1st day of July 2005.

                                  Respectfully submitted,

                                  <u>s/Jennifer A. Hart</u>
                                  **JENNIFER A. HART**
                                  FEDERAL DEFENDERS
                                  MIDDLE DISTRICT OF ALABAMA
                                  201 Monroe Street, Suite 407
                                  Montgomery, AL 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  jennifer_hart@fd.org
                                  AL Bar Code: HAR189

Case 3:05-cr-00136-WHA-DRB   Document 17   Filed 07/01/2005   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Verne Speirs, Esq.,
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                              Respectfully submitted,

                              s/Jennifer A. Hart
                              **JENNIFER A. HART**
                              FEDERAL DEFENDERS
                              MIDDLE DISTRICT OF ALABAMA
                              201 Monroe Street, Suite 407
                              Montgomery, AL 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              jennifer_hart@fd.org
                              AL Bar Code: HAR189