IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

## ORDER ON MOTIONS

For good cause presented, it is **ORDERED** that each of the following-styled motions by defendant is hereby **GRANTED**:

1. *Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney* (Doc.17, July 1, 2005);

2. *Unopposed Motion To Continue Pre-Trial Conference* (Doc. 18, July 5, 2005);

   and

3. *Motion to Continue Deadline for Filing Pre-Trial Motions* (Doc. 15, June 30, 2005).

Done this 6th day of July, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE