IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

### ORDER

Pursuant to the orders filed contemporaneously to appoint new counsel for the defendant AND to continue both the June 30, 2005 deadline for pretrial motions and the July 5, 2005 pretrial conference, and in order to facilitate new counsel's preliminary case assessment, it is **ORDERED that not later than July 15, 2005, defense counsel shall** file either a request for a pretrial conference prior to the presently scheduled August 29, 2005 trial term *OR* a motion to continue the scheduled trial date, in which case new dates for pretrial motions and a pretrial conference will be set upon the re-scheduling of the trial date.

Done this 6th day of July, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE