IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW the defendant, Robert Anthony Martin, by and through counsel, and respectfully moves the Court to continue the scheduled trial date in the above-captioned cause. As grounds, the defendant states:

1. The defendant's trial is currently set for the August 29, 2005 trial term.

2. The defendant initially was represented by the Federal Defender Program, which had to withdraw from the case due to a conflict of interest. Undersigned counsel appeared for the defendant in the matter on June 30, 2005. Due to undersigned counsel's late appearance in this case, Magistrate Judge Delores Boyd granted the defendant's motions to continue the pre-trial conference and the deadline for filing pre-trial motions. (Docs. 15, 18, 19.)

3. Undersigned counsel will be out of state and unable to work on this case from July 17, 2005 through July 30, 2005, during which time she will be attending the National Criminal Defense College, a trial skills program in Macon, Georgia.

4. Due to her recent and late appearance in the case, undersigned counsel has not yet had a sufficient opportunity to conduct even a preliminary independent investigation of the facts of the case, gather relevant evidence, or identify, research, and draft the pre-trial motions that should be filed. Accordingly, counsel has not had sufficient opportunity to knowledgeably

discuss the case with the government or assess whether the case is likely to go to trial or to result in a plea.

5.      Based upon her preliminary review of the case, undersigned counsel believes that she may file a motion to suppress the defendant's statements. Undersigned counsel does not yet have sufficient information to file a motion that includes the necessary factual details and legal research, and does not anticipate being ready to file said motion until some time after she returns to the office in August 2005. In addition, even if the motion were filed today, it is counsel's understanding that there would be insufficient time before the current trial date of August 29, 2005, to fully litigate the motion to suppress, which would require an evidentiary hearing and possibly an appeal to the District Court Judge, by either party, from the Magistrate Judge's Report and Recommendation.

6.      Undersigned counsel believes that given her recent entry into the case and her impending absence, she will not have sufficient time to competently and effectively litigate pre-trial matters, investigate the case, prepare the case for trial, or negotiate an alternative resolution of the case prior to August 29, 2005.

7.      Accordingly, a continuance of the trial date is necessary to protect the defendant's rights to due process, a fair trial, and effective assistance of counsel, which are guaranteed by the Fifth and Sixth Amendments to the United States Constitution.

8.      The defendant has executed a waiver of his rights under the Speedy Trial Act. The waiver is attached to this motion.

WHEREFORE, based upon the above-stated grounds, the defendant respectfully requests a continuance of the August 29, 2005 trial date.

Respectfully submitted, this the 15th of July, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

        Respectfully submitted,

        <u>/s/ Marion Chartoff</u>
        MARION CHARTOFF (CHA074)
        Law Office of Marion Chartoff
        505 S. Perry Street
        Montgomery, AL 36104
        (334) 264-0609
        Fax: (334) 263-4766
        mchartoff@bellsouth.net