IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   3:05-CR-0136-A |
| | ) |
| ROBERT ANTHONY MARTIN | ) |

## WAIVER OF SPEEDY TRIAL ACT

I, Robert Anthony Martin, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C. § 3161 et seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney, and

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

7/15/05
DATE

*Robert Martin*
DEFENDANT

7/15/05
DATE

*[signature]*
DEFENDANT'S ATTORNEY