IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                       ) | 3:05-CR-0136-A |
| ) | |
| ) | |
| ROBERT ANTHONY MARTIN             ) | |

**ORDER**

Consistent with the *Order* continuing this case to the trial term commencing December 5, 2005, it is

**ORDERED** that the pretrial conference is scheduled at **11:00 a.m.** on **September 19, 2005.**

All pretrial motions under Fed.R.Crim.P. 12(b) and (d), 14 and 16, all notices under Fed.R.Crim.P. 12.1, 12.2 and 12.3, and any motion to compel pursuant to this court's standing order on discovery must be filed no later than **September 13, 2005.** No motion filed after this date will be considered unless filed with leave of court. Unless otherwise ordered by the court, the continuance of the trial of a case will not extend the time for filing pretrial motions.

Done this 19TH day of July, 2005.

                                                            **/s/ Delores R. Boyd**
                                                            DELORES R. BOYD
                                                            UNITED STATES MAGISTRATE JUDGE