IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 3:05-cr-136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

**ORDER**

Upon consideration of the government's Petition for Order Directing the United States Marshal to Release Custody of Prisoner , construed as a motion for release of prisoner filed on September 9, 2005 (Doc. 25), and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Robert Anthony Martin to Keith Jordan, Lee County Sheriff's Office, and/or Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, on September 12, 2005, through December 12, 2005, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Keith Jordan, Lee County Sheriff's Office, and/or Theron Jackson, ATF, and/or Jennifer Rudden, ATF, and/or Tim Fitzpatrick, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the 12th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE