# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
☐ Northern     ☐ Southern     ☒ Eastern

| | | |
|---|---|---|
| HON. Delores R. Boyd | AT Montgomery | , Alabama |
| DATE COMMENCED 9-19-2005 | @ 11:12 | ☒ a.m. ☐ p.m |
| DATE COMPLETED 9-19-2005 | @ 11:23 | ☒ a.m. ☐ p.m |

CASE NO. 3:05cr136-A

UNITED STATES OF AMERICA                ROBERT ANTHONY MARTIN

vs.

*Plaintiff(s)*                          *Defendant(s)*

## APPEARANCES

**Plaintiff(s)/Government**              **Defendant(s)**

Speirs                                   Marion D. Chartoff

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.              Crt Rptr: _____

Law Clerk: _____                        Interpreter: _____

USPO/USPTS: _____                       Other: _____

### PROCEEDINGS:

☐ Motion Hearing: _____
☐ Status Conference      ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation             ☐ Scheduling Conf.       ☐ Show Cause
☐ Settlement Conference  ☐ Telephone Conf.        ☐ Sentencing
☐ Non-Jury Trial         ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other _____

☒ **Pretrial Conference**

Pending Motions: M/Suppress
Discovery Status: Com      Plea Status: Possible
Trial Status/Length: 2 days   Trial Term: 12-5-05