UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-136-A |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on September 19, 2005, before the undersigned Magistrate Judge, were Marion Chartoff, defense counsel, and Assistant United States Attorney Verne Spiers, government counsel. After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **December 5, 2005.** The trial of this case is set for the **trial term commencing on December 5, 2005**, before Senior United States District Judge W. Harold Albritton and is expected to last two trial days.

2. Only one motion is pending – defendant's *Motion to Suppress* (Doc. 27, filed September 13, 2005) – and for good cause arising from the parties' ongoing effort to negotiate in good faith an alternative to trial, the evidentiary hearing on this motion is delayed until November 10, 2005.

3. Proposed **voir dire questions** shall be filed on or before **November 28, 2005.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All **motions in limine** shall be filed on or before **November 28, 2005.** Motions

in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

    5. **Proposed jury instructions** shall be filed on or before **November 28, 2005**.

    6. The last day on which the court will entertain a **plea pursuant to Rule 11(c)(1)(A) or (C)** plea is **November 28, 2005**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on December 5, 2005. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on December 5, 2005, as to all defendants, even though a particular guilty plea was not accepted by the court.

    Done this 19th day of September, 2005.

    /s/ Delores R. Boyd
    DELORES R. BOYD
    UNITED STATES MAGISTRATE JUDGE