IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

## ORDER

Upon consideration of Defendant's *Motion to Suppress* (Doc. 27), filed September 13, 2005, it is

**ORDERED** that the Government shall file a response to the motion on or before **November 3, 2005.** The *motion* is set for an evidentiary hearing at **10:00 a.m. on November 10, 2005,** in District Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, AL 36104. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

Done this 19th day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE