IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 3:05-CR-0136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

**MOTION TO WITHDRAW MOTION TO SUPPRESS**

Defendant Robert Anthony Martin hereby moves to withdraw the Motion to Suppress that he previously filed in this matter. This motion is based upon the defendant's understanding that this case will be resolved by entry of a guilty plea pursuant to a plea agreement reached between the parties under Federal Rule of Criminal Procedure 11(c)(1)(C).

Respectfully submitted, this the 3rd day of November, 2005.

/s/ Marion D.Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

Attorney for Robert Anthony Martin

CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

      Respectfully submitted,

/s/ Marion Chartoff
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net