IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:05-CR-0136-A |
| | ) | |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

**ORDER ON MOTION**

For good cause shown therein, it is

**ORDERED** that Defendant's *Motion to Withdraw Motion to Suppress* (Doc. 31), filed on November 3, 2005, is **GRANTED.** Accordingly, the Clerk is instructed to terminate the withdrawn *Motion to Suppress* filed September 13, 2005 (Doc. 27).

Done this 7th day of November, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE