IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 3:05-CR-0136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, Robert Anthony Martin, by and through undersigned counsel, and notifies the Court of his intent to change his previously entered plea of not guilty to a plea of guilty, pursuant to a plea agreement negotiated under Federal Rule of Criminal Procedure 11(c)(1)(C).

Respectfully submitted, this the 17th day of November, 2005.

/s/ Marion D. Chartoff
MARION D. CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
(334) 263-4766
mchartoff@bellsouth.net

Counsel for Robert Anthony Martin

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Mr. Verne H. Speirs.

      Respectfully submitted,

<u>/s/ Marion Chartoff</u>
MARION CHARTOFF (CHA074)
Law Office of Marion Chartoff
505 S. Perry Street
Montgomery, AL 36104
(334) 264-0609
Fax: (334) 263-4766
mchartoff@bellsouth.net

2