COURTROOM DEPUTY'S MINUTES                DATE: 11/28/2005
MIDDLE DISTRICT OF ALABAMA                DIGITAL RECORDING: 12:18 - 12:39 pm
                                          COURT REPORTER: Risa Entrekin

☐ ARRAIGNMENT            ☒ CHANGE OF PLEA           ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

PRESIDING MAG. JUDGE: DRB           DEPUTY CLERK: sql
CASE NUMBER: 3:05cr136-A            DEFENDANT NAME: Robert Anthony MARTIN
AUSA: Speirs                        DEFENDANT ATTORNEY: Marion Chartoff
                                    Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
                                    ( ) appointed at arraignment; ( ) standing in for: _____
PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:     ☐ Not Guilty
          ☒ Guilty as to: /
              ☒ Count(s): /
              ☒ Count(s): 2       ☐ dismissed on oral motion of USA
                                  ☒ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts ___/___.
☐ CRIMINAL TERM:             ☐ WAIVER OF SPEEDY TRIAL filed.
          DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
          ☐ Trial on _____; ☐ Sentencing on _____
☒ ORDER: Defendant remanded to custody of U.S. Marshal for:
          ☐ Trial on _____; or ☒ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
                    ☐ Defendant requests time to secure new counsel