# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 15, 2006 | AT: | 9:26 a.m. |
| DATE COMPLETED: | February 15, 2006 | AT: | 9:44 a.m. |

UNITED STATES OF AMERICA   )
                          )
vs.                       )   CR. No. 3:05cr136-WHA
                          )
ROBERT ANTHONY MARTIN     )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Todd Brown | Marion Chartoff |

COURT OFFICIALS PRESENT

Jimmy Dickens, Court Reporter            Jeff Lee, USPO
Elna Behrman, Courtroom Deputy           Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)   SENTENCING HEARING

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court orally GRANTS the Government's Motion for Downward Departure (Doc. #42).
Court adopts the factual findings contained in the presentence report.
Court directs the parties to justify the recommended sentence.
Ms. Chartoff responds on behalf of the Defendant.
Mr. Brown responds on behalf of the Government.
Court addresses the Defendant.
After hearing the arguments, the court accepts the Plea Agreement.
Sentence is stated.
No objections.
Government orally moves to dismiss Count 2 of the Indictment.
The court orally GRANTS the motion and Count 2 of the Indictment is DISMISSED.
The court will enter a Preliminary Order of Forfeiture.
Sentence is ORDERED imposed as stated.
Defendant waives his right to appeal.
Court is adjourned.
Defendant is re-committed to the custody of the U. S. Marshal.