≅AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

## EXHIBIT LIST

V.

ROBERT ANTHONY MARTIN                          Case Number: 3:05cr136-WHA

| PRESIDING JUDGE  W. Harold Albritton | PLAINTIFF'S ATTORNEY  Todd Brown | DEFENDANT'S ATTORNEY  Marion D. Chartoff |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER  Jimmy Dickens | COURTROOM DEPUTY  Elna Behrman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  | 1 | 2/15/06 | 2/15/06 | X | Certificate of Analysis from the Alabama Department of Forensic Sciences |
|  |  |  |  |  |  |

EXHIBITS MAINTAINED IN SEPARATE ENVELOPE WITH COURT FILE.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages



## ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

991 WIRE ROAD  
AUBURN, ALABAMA 36830  
(334) 887-7001

P.O. BOX 3510  
AUBURN, ALABAMA 36831-3510  
FACSIMILE (334) 887-7531

### CERTIFICATE OF ANALYSIS

AGENT JODY WILLIFORD  
METRO DRUG TASK FORCE  
P.O. BOX 1340  
COLUMBUS, GA 31902

CASE NUMBER: 03AB01255               SUBMITTING AGENCY CASE NUMBER: SL0300914

| SUSPECT(S) | RACE | SEX | BIRTH DATE | STATUS |
|---|---|---|---|---|
| Robert Martin | W | M | 05/19/1981 | Adult |

**SERVICE REQUESTED:** Drug Analyses

**CHAIN OF CUSTODY:**

| RELINQUISHED BY | RECEIVED BY | DATE | TIME |
|---|---|---|---|
| Jody Williford | Melissa M Kelly | 05/21/2003 | 1426 |

**DESCRIPTION OF EVIDENCE:**

1. One sealed plastic bag containing one plastic bag with plant material therein.

**RESULTS OF ANALYSES:**              **DATE(S) OF ANALYSES:** 11/18/2003 - 11/18/2003

1. Laboratory analyses revealed the plant material to be marihuana. Weight in grams - 3.97

Sworn to and subscribed before me this the 9th Day of December 20 03 as true and correct.

Melissa M Kelly  
FORENSIC SCIENTIST II/III  
Analyst

Notary Public

**DEFENDANT'S EXHIBIT**  
1