IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:05cr136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

<u>MOTION TO ADD PUBLICATION AFFIDAVIT TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached Affidavit reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on January 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of February, 2006.

                                        FOR THE UNITED STATES ATTORNEY
                                            LEURA G. CANARY


                                  <u>/s/John T. Harmon</u>
                                  John T. Harmon
                                  Assistant United States Attorney
                                  Bar Number: 7068-II58J
                                  Office of the United States Attorney
                                  Middle District of Alabama
                                  One Court Square, Suite 201 (36104)
                                  Post Office Box 197
                                  Montgomery, Alabama 36101-0197
                                  Telephone:(334) 223-7280
                                  Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2006, I electronically filed the foregoing Motion to Add Publication Affidavit to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Marion Chartoff** and **Verne H. Speirs**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J