IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 3:05cr136-A |
| ) | |
| ROBERT ANTHONY MARTIN ) | |

### UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

That on December 5, 2005, this Court entered a Preliminary Order of Forfeiture ordering defendant Robert Anthony Martin to forfeit:

**One Colt Model Police Positive .38 Caliber Revolver, Serial Number 389568;**

That notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law as specified in the Preliminary Order of Forfeiture, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property was published in the Montgomery Independent newspaper on January 12, 19, and 26, 2006; and,

That no petitions of interest were filed within that thirty-day period. Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 2006

_____
UNITED STATES DISTRICT JUDGE