IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:05cr136-A |
| | ) | |
| ROBERT ANTHONY MARTIN | ) | |

### MOTION TO ADD PUBLICATION AFFIDAVIT TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached Affidavit reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on January 12, 19 and 26, 2006, regarding the subject forfeiture action.

Respectfully submitted this 22nd day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-I158J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

**MOTION GRANTED**

SO ORDERED
THIS ___ DAY OF _____, 20 06
UNITED STATES DISTRICT JUDGE