Judgment — Page 2 of 6

**DEFENDANT:** ROBERT ANTHONY MARTIN
**CASE NUMBER:** 3:05cr136-WHA

## IMPRISONMENT

RECEIVED
2006 OCT 10 P 1:02

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**30 months.**

X The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RETURNED AND FILED
OCT 13 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __8-17-2006__ to __USP 1__

at __Coleman FL.__, with a certified copy of this judgment.

_Tracy Johns_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL